# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

**FILED**
FEB 21 2023
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

John Michael Custer )
    Plaintiff )
)
vs. )
) Case No. _____
Brad Johnson ) *(The case number will be assigned by the clerk)*
Sgt Neilsen )
Sgt Nunez )
Ofc Peirson )
Ofc Owen )
Jarrett Wright )
Ofc Allen )
Ofc Whited )
Det Wikin )
Ofc Anderson )
    Defendant(s) )

Directer
Bernice Young
Of Smith Co
Of Stark
Of Cremer

(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format.)

## COMPLAINT*

Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. §1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. §1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.

Abuse never addressed

☐ 42 U.S.C. §1983 (state, county or municipal defendants)  all Deps have IV dorm
☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants) Deprivation of legal
  Violation of Hippa law
☐ Other federal law: Cruel unusual punishment, Hinderence
  Neglect, Hiding assault, conspiricy
☒ Unknown  Retaliation for law suit,
  Being Place in seg tier laws
  & made up fabricated ticket
  Denying Phone TV only out 1hr
  to much solitary
  confinement unsanitary & unsafe conditions to Punish For lawsuit

I proper treatment of SMI. Deliance Medical Neglect

*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.

# I. FEDERAL JURISDICTION

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

   Full Name: John Michael Custer

   Prison Identification Number: 2205558

   Current address: 301 N. Maxwell Rd Peoria Ill 61604

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

   Defendant #1:

   Full Name: Brad Johnson

   Current Job Title: Asst Superetendent

   Current Work Address: 301 N. Maxwell Rd Peo Ill 61604

   Defendant #2:

   Full Name: Sgt Neilson

   Current Job Title: Sargent Peo Co Jail

   Current Work Address: 301 N. Maxwell Rd Peoria Ill 61604

   Defendant #3:

   Full Name: Sgt. Munoz

2

Current Job Title: Sgt Peo Co Jail
Current Work Address 301 N. Main St
Peo Ill 61604

Defendant #4:

Full Name: DCS Peirson
Current Job Title: Supervisor
Current Work Address 301 N. Maxwell Rd
Peo Ill

Defendant #5:

Full Name: DCS OWEN
Current Job Title: Sup Peo Co Jail
Current Work Address 301 N. Maxwell Rd
Peo Ill 61604

Def 6 Jarrett Wright
Def 7 OF Allen
Def 8 OF Whited
Def 9 OF T Wright
Def 10 OF Crenshaw
Def 11 OF Bateman
Def 12 Bruce Powers
Def 13 Bernie Young
Def 14 Cramer
Def 15
Def Sgt Peirson

Peo Co Jail
301 N Maxwell Rd

## III. LITIGATION HISTORY

The "three strikes rule" bars a prisoner from bringing a civil action or appeal *in forma pauperis* in federal court if that prisoner has, "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?   Yes ☐   No ☐

If yes, please describe _____

_____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☑   No ☐

3

C. If your answer to B is yes, how many? _22_ Describe the lawsuit(s) below.

1. Name of Case, Court and Docket Number _Custer vs Hoffman, Hert, Owen, Johnson_
2. Basic claim made _abuse neglect teacher, Assault_
3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still pending?) _I have alot with ment of case are Proceeding_

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution?  Yes ☒  No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

Yes ☒  No ☐

If your answer is no, explain why not _____

C. Is the grievance process completed?  Yes ☒  No ☐

4

## V. STATEMENT OF CLAIM

Place(s) of the occurrence ___Peoria Co Jail___

Date(s) of the occurrence ___Nov 2 Nov. 5ᵗʰ 6ᵗʰ 7ᵗʰ 21ᵗʰ of 2023___

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

*THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

I was severely Beaten & asulted & torchered when I was brought to Peo Co Jail on Nov 2ⁿᵈ. I filed seaperate suit for assult & torcher after though I had sever Injury Diana Power Nurse Sume to pass med on Nov 6ᵗʰ seen my severly lacerated head Diana Power seen the sever Injury to my Body & Said there scabing up Nicely & continued of she refuse to treat for over a month until x-Ray was done but they are still severly Injured to this Date Bernice Young Mental Health came Nov 2ⁿᵈ 4ᵗʰ 5ᵗʰ 6ᵗʰ 7ᵗʰ to my Cell & Did nothing I sufffer from Scysofrenic ByPoler, Anxiety, Post Socail PTSD & Just was served Beaten & torchure I Beg her to get me to medical to treat my Injury ETC she did noting but sign log sheet my Power again came & nothing my urist were cut to bone need to get to infermery & hospital yet Head of medical & Head of mental Health tried to hide assult " Turn Page Over "

2 So on 7 was returned to my cell by OF Sanders cuz I was in such bad shape Sgt Neilson came to cell with nurse & a unknown OF the nurse to BP & Pulse Oxigen & said he'll give & tried to leave I was so abuse & beat I grabbed BP machine & took hostage to try & get to medical I sat I down & stood up walk & try to show my severly beaten body Sgt Nielson @ denied medical treatment later that night wrote a ticket by Sgt Nielson for asault Beter Be unclothed yet they would not give me a Jumpsuit Basically 10 charged I never Did then DN 6th I was moved to add seg because the Descrimnate a sgt of Dorm ridh neclect me due to mental Illness & try to keck me in cell 24/7 It a Pattern lock in past So For try to get medical He & Just grab BP machine & sending up showing my hand. I was give in ecceseive amout of lockback 23 hr day no phone no tv no Food Nothing! No books no Recreation I got 30 days So 2 weeks later OF Burn Did med pass I have Kronic kidney desses heart & lung I has stroke ETC I was have a go around try to get to see Doctor about my Injured Body Co Burn cuz I said I was going to sue about my hand became Inrage pull his mase & get a walkie talkie & ask for owen bcs "mind you ask me to lock back which on camera he complied" see camera" he wrote a

Page 3

## V. STATEMENT OF CLAIM

Place(s) of the occurrence  Peoria Count Jail   medical F33 F35

Date(s) of the occurrence  1-12-23  1-25-23
                     Medical  1-13-23

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

*THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

this was absurd 2I I did nothing but try to get med attention From Padburn So his ticket which was Fabrication & video clear shows I Did nothing wrong Sgt Munoz gave me 15 more days because "His word a DCS had to come down to Pod" I did not Mistreat a DCS this Was did it as a show of Power & Domination. So I did 15 day I was let out of seg while In I was Beat Tucher & Denied water & put on 2 man Escort for no Reason "seen pending suits Filed So I Finally was starting to be seen I went to see Doc Duran on 1-12-23 she refuse to resource my Med Injury to hand & end Doc visit befor my Cronic Illness were done "File another suit" of C Anderson grabed & assulted me with DCS owen "File separated suit I just tried to stop his Asult I was cuff shocked Anderson lyed & gave me a ticket "Dic Report" Said I Batt, Assult, obstruct, curse, threaten, incite other "I was alone" Disorderly conduct, a Mohala/ Camera clearly show this Did not happen yet Sgt Neilson gave me 30 days Excessive lock Back For Nothing So on 01-13-23 T Wight a m.t

1 to my lock back cell a nurse is currently my meds I became upset because guards are not supose to adm medication I ask for white shit DCS OWEN & Sup Brad Johnson came to my cell because I refused to give my Emporzema pump back to the officer because I knew it was against the law Owen force me to give him my med. T. wight wrote a ticket for Obstruct & show disrespect this never happen yet I was then given 45 days of lockback on Excess for making a serious complain on Security Staff pass medication So on 1-25-23 I was taken to hallway By OF Allen my attorney secretary instructed Allen I need to call a 370 I have tried set in week he later came back a 430 laugh & said sucks to be you said it in front of OF Stauber we had argument for Denying my Attorney call I seg. latter another I would Flood "inmate Palmer" I never said no then went turned my water off latter I tried to talk to Sup Haut Peirson She Refused later lyed to DCS Kom said she told me to take med she would talk then Because I refuse med due to no water my "complait to here" I was given to Fabricate ticket Misuse Meds, obstruct, show disrespect, threatning, Attempt cut 1 "I'm in seg cell 2nd ticket show Disrespect, threaten, Attempt off is material to call back widow on 1 incedent but 2 Incedent Reports I was given 30 lock back for nothing but curing they turn water off and denid lawyer I was upset I need lawyer to BC later that night mind you my water was off another Inmate Flooded I got 30 more day for

9 ON Feb 16 I asked OF
I again was Denied lawyer & Medical
and Mental health & Lawyer cell ticket
I Be given 30 a gree day for med refusal & Frivolous
they disconected the Internet so I
cannot use Keyos to make Requests
Mental Health medical ETC OFStark
Said your 2nd shift lockback & NO I got
upset & yell & asked for white shirt Nother
1/2 hour later OFStark & OF Greener come
to pass out meds I again ask Nurse
OFStark & OF Creamer I needed to
see mental health I was having a cris
& I also said I need to speck to my
lawyer It had been over a week
I got trial I 3 wk I havnt Even seen my
Discovery see Custer vs lyons still pending
I then had to make a stand I said I
would not take my BP med until a
white shirt comes down they refuse to
come weve ask for 2 weeks over
Keyos we can even order Indigent
pack comerics white out ETC I says
Internet Disonected So I belive on of
the DOCs when & unhooked Phone line to
all Keyos cuz F3 Seg is only keyos

Not working everything about 30 plus in all Sgt Neilson which shows complete hate. She gives me max seg time for frivolous ticket they instead of hear are needs & what we have Rights to her Sgt Neilson & OF Creame Refused to listen and on camera pulled Tazers & mace canisters ETC And threatened to Assault, tazer, & mace me if If I Didnt Give my meds Back to them I said I wish you would Beat, taze, & mace me over not taking meds to get a white shirt to come to get this layoff, call, medical, mental health & I do get Im being Denied I gave Sgt Neilson the meds the closed Door She & Creame & OF sat there for a few min & said It was all are fault we are In seg & aint get lawyer, mental health or use of a work computer keyos this Jail By Far Is the most crooked & Evilest Place Ive seen the conditions are Implorable T+ Denied to Force you to

Recreation well we allow 1 hour to denie gym or yard which they have but dont use unless in population if it 70 degrees or better 90% of gaurd refuse lawyer call Like me my lawyer a Public Def Is at court 9-4 he is in his office Supraticly I wrote up this denial of access to Attorney Brad Johnson the Asst Superintendent Say your allowed out an hour in his grevance response I should be allow to use a access phone Just like everyother detainee Im not Sentenced Im trying to obtein my freedom as far as Every other pod they have TV the also has 20 & under lockbacks & every other pod they allow them inmate TV also the alow them lockbec Inmates access to E-mail unlimetad in Every other pod except F3 & F4 In IDCC even In Seg your alowed 20min call For couid & Just Keeping in touch Brad Johnson thinks that he can keep all his Severly Mental Ill Deteinee an F3, F4, & G1 & G2 all these pods are Impecable no TV Same condition Im going to Be found guilty of a crime I did not do Just for the Fact Im not allowed access to my attorney needed or the public or Facebook like a person who & post the unconstitutional Bond I got to trial in one month Im no whereneer done they will Every great while Allow Free 15 attorey call But it Rerewhile

You Must bes Placed & Fight to protect Ath & Cell

Futhered Complaint

7/

<u>LOCKDOWN JAIL CONDITIONS with most Be By Far the most Unconstutional Violation Ive seen</u>

Tag cleanlyness & Poor Hygenic Condition <u>Most Un Hygenic</u>

Brad Johnson which over sees & set all guildlines & condition For the jail alows this horrific & Imploiable and by far has to be bordering torcher I have been given a severly ecesifive amount For basically Being Mentatly Disabled & Fighting For my right Brad Johnson has Doring in It new tickets 1,2,3rd shift you come out in that 1hr phones is off you only alower 5min a week which you are a Dotained like in my situation my lawyer a public Dat has made it my responsibility to truckdown my witnesses ETC Im unable too Do anything of that nature Im also Expected By Brad Johnson Design to Shower, Exercicse in a 20x30 Pod & use the law tablet in that time officer are expected to to a half hr walk throew which most don't the six upstair with the cell Phones & you can imagine camera Fotage Proves this most gaurd come 1 or 2x a shift If a medical Emergincy were to happen like in my cause Im sevely Alergic to alot of things Ive had a stroke, MI, & I have bad heart there no emerceny call but other then out in main pod area Its a theat trap I feel For my life daily they don't allow libary Book, comissary, Tv & they say thats there

5 Shows It was a motted attract
of other Inmate broke up &
all of most charges where fabric
ated other Inmate was not
ticketed I was sitting and
recerive 30 days II brutal
horific fist fight you only
get 15 days these ticket are
all retaliation for filing law
suit Past & previous I wrote
Grievance & ask for a Appeal
of all ticket I cussed a little
& threw toilet water after it
was thrown on me Supt Brad
Johnson out of retaliation
& spit & Due to dislike &
my mental illness said the
cruel unusually Ecesive time
was warrented I am 4 mo's
In on 7 month of unwaverd
fabricate Seg time out of
Soft & Retaliation & set on my new
& merfed necture

5.

## V. STATEMENT OF CLAIM

Place(s) of the occurrence **Peo Co Jail**

Date(s) of the occurrence **F33  1-26-27 &  1-28-27**

State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.

THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.

day by Sgt Nielson for Flooding my water was off need be for 8 hour so to 28th order mc & inmate got into an argument he threw terliet water on me "I did stick mop in his chuck hole I did do that but cell Is 9½ feet long mop is 5 ft the other inmate broke mop after I gave it to him after he settled down of smitted lyed & said one charged me for fight + I were outside of his door. Battery threw objects Destroy Officers obstructs Fail to enter/out after" it is me I hr I was in shower I show disrespect Attempt Prosedurly threw anything at Fail to maintain service use obscene language "He was watch me in shower to water service meal next were already saver camera close

They never Gave me all my meds or Latunji stated threatened me to Reduce my medical life saving Blood pressure meds I only reason till a white shirt came. After they Denied I've have a stroke & have uncredible Hypertention

## RELIEF REQUESTED
(State what relief you want from the court.)

150,000.00 cruel unced Punishmet

Proper staff training

All staff Reprendent to Retotliction Due to I

JURY DEMAND    Yes ☑    No ☐

Signed this JUN day of 15th, 20 23

_____
( Signature of Plaintiff)

| Name of Plaintiff: John Custer | Inmate Identification Number: 2705558 |
|---|---|
| Address: 301 N. Maxwell Rd | Telephone Number: |

Pco Ill 61604

8

To Clerk

This I 1/2 of my complaint I sent in 2 Envolopes mark-ed 1 of 2 & 2 of 2 sent same Day In 2 envolopes

John Custer
PC)
301 N. Maxwell Rd
Pec Ill 61604

Attn: 1 of 2
Legal
Mail

Federal Court
House Cent Dist
Circuit Clerk
100 NE Monroe ST
Peoria Ill 61604

To Clerk this Is Second part of my Complaint I had to send In 2 Envolopes Due To postage cost & larger the On Stumpd envelope It marked 1 of 2 & 2 of 2 sent same Day Feb If there 2 Envelopes For this whole Complaint

John Custer
301 N. Maxwell Rd
Peo Ill 61604
PC)

ATTN: Legal Mail

Fed Court House
Circuit Clerk
100 NE Monroe ST
Peo Il 61602