Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **John Custer** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case Number: 23-1068 |
| | ) |
| **Brad Johnson, Neilson, Munoz, Pierson, Owens, Jarrett Wright, Allen, Wight, Diana Powers, Bernice Young, Burn, Creamer, Stark, Smith.** | ) ) ) ) |
| | ) |
| **Defendants.** | ) |

### JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT.** This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff John Custer's action against Defendants Brad Johnson, Neilson, Munoz, Pierson, Owens, Jarrett Wright, Allen, Wight, Diana Powers, Bernice Young, Burn, Creamer, Stark and Smith is dismissed without prejudice.

**Dated: 10/23/2023**

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court

MMM